UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61399-CIV-SMITH

DOUGLAS FAIRWEATHER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE ON CROSS MOTIONS FOR SUMMARY JUDGMENT

    This matter is before the Court on the Magistrate Judge's Report and Recommendation [DE 19] on the Parties' Cross-Motions for Summary Judgment [DE 9, 10]. In their Joint Supplemental Status Report [DE 18], the Parties agree that remand to Defendant is appropriate.

    Pursuant to this Court's power to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions, under sentence four of 42 U.S.C. § 405(g), and given the Parties' joint request to remand this action for further administrative proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with remand of the cause to the Commissioner. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    Upon remand, the Appeals Council shall instruct the Administrative Law Judge: (i) to reconsider the objective medical evidence; (ii) further evaluate the medical opinions of record; (iii) further evaluate the residual functional capacity in accordance with SSR 96-8p; (iv) offer a hearing; (v) take any further steps needed to update the record; and (vi) issue a new decision.

    Accordingly, it is

ORDERED that

1. Plaintiff's Motion for Summary Judgment [DE 9] is **DENIED as moot.**

2. Defendant's Motion for Summary Judgment [DE 12] is **DENIED as moot.**

3. The Parties' Joint Motion for Remand [DE 17] is **GRANTED**.

4. The decision of the Commissioner of Social Security is **REVERSED**.

5. This case is **REMANDED** to the Commissioner of Social Security for further proceedings.

6. All pending motions not otherwise ruled on are **DENIED** as moot.

7. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of August 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record