UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61399-SMITH/VALLE

DOUGLAS FLINT FAIRWEATHER,

    Plaintiff,

v.

KILOLO KAJAKAZI,
*Commissioner of Social Security Administration*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 26], in which the Magistrate Judge recommends granting Plaintiff's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act [DE 25] and that Plaintiff's Motion for Fees Pursuant to the Equal Access to Justice Act [DE 21] be denied as moot. No objections have been filed. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Defendant does not oppose the request for fees, it is

    **ORDERED** that:

    1.    The Magistrate Judge's Report and Recommendation to District Judge **[DE 26]** is **AFFIRMED and ADOPTED**.

    2.    Plaintiff's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act **[DE 25]** is **GRANTED**.

    3.    Plaintiff's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act **[DE 21]** is **DENIED as moot**.

4.      Plaintiff is awarded **$8,474.00** in attorney's fees and **$402.00** in costs, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury finds that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of May, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     counsel of record